Decision out promptly. Thank you. All right. Thank you. Madam clerk In re Giampa Victoria Giampa pro se has not appeared for oral argument David T. Blake Council for Appley US Bank Trust Selene Finance LP and Wolf and Wyman Count as Council for Appley All right, Mr. Blake, this is one of those so far ahead moments, right? Yes, it is. So, you know, if you'd like to tell us anything you are free to do that I won't burden the panel's time with a lot of discussion I'm aware that we had communication indicating that Ms. Giampa at least had told us she intended to dismiss the appeal But we don't have any paperwork yet Yeah, and that was the first point I was gonna raise is that she emailed me a copy of a Notice of voluntary dismissal of the appeal and this morning I just looked at the email and I looked at the email address that she used and it appears that she made a typo The email address is ca9 at us courts gov and she had ca0 dot us courts gov So so I can forward that to the court to provide proof of the intent to dismiss And then I just wanted to raise one other point that just for the record that substantively I believe that Judge Cox The bankruptcy court below got this decision. Absolutely, correct If the panel is not inclined to consider the voluntary withdrawal by Ms. Giampa The court analyzed that the carrier factor is exactly right. This case was in its infancy We had briefed a motion to dismiss Ms. Giampa's claims in the adversary proceeding But the court dismissed the underlying bankruptcy case before the Before she resolved that motion to dismiss on its substance And so procedurally where we are is there wasn't even an opportunity to raise the motion to dismiss And I guess here's one technical question Am I right that technically this was the third amended complaint? I mean if so, I mean my only question is should that change the carrier analysis at all? Oh, I I see what you're saying. No, it does not change it at all I think you're correct that it is a third amended complaint But it is a third complaint in that she filed the second amended complaint Under the rule that allows you to file one. Um, yeah It's not like Judge Cox made 27 findings of fact and conclusions of law in connection with the prior complaints, right? This is still in the infancy Correct. The third amendment was the second was filed and then there were the the clerk issued a notice Hey, there's a filing deficiency and then when giampa refiled it was to correct that issue So I think technically it was the second but she called it a third. There's very little judicial work going on here Exactly. Very well Especially in connection with the adversary proceeding the right the main the main case that proceeded fair right affair along the way Um, so those were really the only two points that I wanted to raise. Um, does the panel have any questions for me? I'm all set. I don't have any questions. No. All right. Thank you very much Okay. Thank you very much
judges: Brand, Lafferty, and Gan